**98–1612. State v. Hughes.**
Stark App. No. 97CA0356. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the following issue found at page 1 of the court of appeals' Order Certifying a Conflict dated July 21, 1998:

"Does the longer 270–day statutory speedy trial provision, R.C. 2945.71(C)(2), apply to misdemeanor counts which are joined with a felony count in a single indictment?"

The conflict cases include *State v. Doane* (1990), 69 Ohio App.3d 638, 591 N.E.2d 735, and *State v. Walton* (1991), 77 Ohio App.3d 706, 603 N.E.2d 294.